# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE CHEMOURS COMPANY, | § | |
| | § | No. 147, 2020 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| DOWDUPONT INC., CORTEVA, | § | C.A. No. 2019-0351 |
| INC.; and E. I. DU PONT DE | § | |
| NEMOURS AND COMPANY, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: December 2, 2020
Decided: December 15, 2020

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 15th day of December 2020, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its March 30, 2020 memorandum opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice